No. 74–5940. QUALLS *v.* BRISCOE ET AL. C. A. 5th Cir. Certiorari denied.